IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GREENE COUNTY BRANCH ) <br> OF THE NAACP, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOARD OF COMMISSIONERS OF ) <br> GREENE COUNTY, GEORGIA, ) <br> et al., ) <br> ) <br> Defendants. ) | Civil Action No. 3:12-CV-58 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW THE PLAINTIFFS, and, pursuant to Federal Rule of Civil Procedure 41(a)(1), dismiss the above-styled case with prejudice. All Defendants stipulate to that dismissal. All parties will bear their own costs and attorneys' fees.

Respectfully submitted this 31st day of October, 2013.

                                                 s/ Jerry Wilson
                                                 (by A.Lewis with express permission)
                                                 Jerry Wilson
                                                 Georgia Bar No. 768610
                                                 P.O. Box 971
                                                 Redan, Georgia 30074
                                                 Telephone: (404) 431-6262
                                                 Facsimile: (888) 868-7331
                                                 E-Mail: lawoffice1998@yahoo.com

<div style="margin-left:40%">

s/Anita S. Earls
(by A.Lewis with express permission)
Anita S. Earls
(North Carolina State Bar # 15597)
Southern Coalition for Social Justice
1415 Highway 54, Suite 101
Durham, NC 27707
(919) 323-3942
(919) 323-3942 (fax)

s/ John M. Clark
(by A.Lewis with express permission)
John M. Clark
Georgia Bar No. 127369
P.O. Box 752
Elberton, GA 30635
(706) 283-9732
(706) 213-0045 (fax)

s/ M. Laughlin McDonald
(by A.Lewis with express permission)
M. LAUGHLIN McDONALD
Georgia Bar No. 489550
American Civil Liberties Union
Foundation, Inc.
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303
(404) 500-1235
(404) 565-2886 (fax)

</div>

s/ Victor L. Goode
VICTOR L. GOODE
(by A.Lewis with express permission)
(Texas State Bar # 08145525)
Assistant General Counsel
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5120
(410) 358-9359 (fax)

ATTORNEYS FOR PLAINTIFFS


s/J. Stanley Hawkins
(by A.Lewis with express permission)
J. Stanley Hawkins
Georgia Bar No. 338750
HARBEN, HARTLEY &
HAWKINS, LLP
Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
E-mail: shawkins@hhhlawyers.com

ATTORNEYS FOR DEFENDANTS
GREENE COUNTY BOARD OF
EDUCATION AND ARLIE
COLLINS, IN HIS OFFICIAL
CAPACITY AS CHAIRMAN

s/ Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490
STRICKLAND BROCKINGTON
LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia  30309
Telephone: (678)347-2200
Facsimile: (678)347-2210
E-Mail: AWL@SBLLAW.NET

ATTORNEYS FOR DEFENDANTS
BOARD OF COMMISSIONERS OF
GREENE COUNTY; ED
BULLARD, IN HIS OFFICIAL
CAPACITY AS CHAIRMAN OF
THE BOARD; AND
MICHAEL A. MALONE, IN HIS
OFFICIAL CAPACITY AS
ELECTIONS DIRECTOR, GREENE
COUNTY, GEORGIA

s/ Stefan E. Ritter
(by A.Lewis with express permission)
Stefan E. Ritter
Senior Assistant Attorney General
Georgia Bar No. 606950
Department of Law
State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404)656-7298
Facsimile: (404) 657-9932
E-Mail: sritter@law.ga.gov

ATTORNEYS FOR DAVID
RALSTON, IN HIS OFFICIAL
CAPACITYAS SPEAKER OF THE
GEORGIA HOUSE OF

REPRESENTATIVES; AND DAVID SHAFER, IN HIS OFFICIAL CAPACITY AS PRESIDENT PRO TEMPORE OF THE GEORGIA SENATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GREENE COUNTY BRANCH ) <br> OF THE NAACP, AVELIA B. ) <br> PERKINS, GROVER C. and ) <br> ANDERSON, LEROY TRACY ) <br> CRAWFORD, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOARD OF COMMISSIONERS ) <br> OF GREENE COUNTY, ) <br> GEORGIA, et al. ) <br>     Defendants. ) | Civil Action No. 3:12-CV-58 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record for all parties to this matter via electronic notification or otherwise.

This 31st day of October, 2013.

                                                                s/ Anne W. Lewis
                                                                Anne W. Lewis
                                                                Georgia Bar No. 737490